(25 Misc. Rep. 788.)

## WEINBERG v. FRANK.

(Supreme Court, Appellate Term. January 23, 1899.)

APPEAL—SUBSEQUENT PROCEEDINGS BELOW—REVERSAL—EFFECT.

    The reversal of an order setting aside defendant's default nullifies a judgment for defendant rendered intermediate the appeal from the order and the reversal thereof.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Julius Weinberg against William Frank. From a judgment for defendant, plaintiff appeals. Reversed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

Abraham B. Schleimer, for appellant.

PER CURIAM. The proceedings returned by the justice took place after the order was made setting aside defendant's default, but before that order had been reversed by this court. Upon the reversal of the order, all of the proceedings which had been taken thereunder before the appeal was determined fell with it. It follows that the judgment must be reversed.

Judgment reversed, with costs.